# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| NEW PRIME, INC. D/B/A PRIME, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON LOGISTICS, INC., AMAZON.COM SERVICES LLC, and AMAZON TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 6:19-cv-03236-MDH <br><br> Hon. M. Douglas Harpool |

## JOINT STIPULATION OF DISMISSAL

Plaintiff New Prime, Inc. ("New Prime") and Defendants Amazon Logistics, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon") (each a "Party" and collectively the "Parties") agree and stipulate that this case has been settled and resolved to the Parties' satisfaction. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of their settlement agreement, the Parties stipulate and agree that the above-captioned case be and hereby is dismissed with prejudice, with each Party bearing its own attorneys' fees and costs.

1

Date: April 29, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Travis W. McCallon* | */s/ Nathan E. Shafroth* |
| Travis W. McCallon MO #56979 | Nathan E. Shafroth (admitted *pro hac vice*) |
| Luke M. Meriwether MO #59915 | COVINGTON & BURLING LLP |
| Eric D. Sidler MO #69531 | Salesforce Tower |
| Timothy J. Hadachek, MO #70985 | 415 Mission Street, Suite 5400 |
| LATHROP GPM LLP | San Francisco, CA 94105-2533 |
| 2345 Grand Boulevard, Suite 2200 | Telephone: 415-591-7065 |
| Kansas City, MO 64108 | Email: nshafroth@cov.com |
| Tel: 816.292.2000 | |
| Fax: 816.292.2001 | Lindsey Barnhart (admitted *pro hac vice*) |
| travis.mccallon@lathropgpm.com | COVINGTON & BURLING LLP |
| luke.meriwether@lathropgpm.com | 3000 El Camino Real |
| eric.sidler@lathropgpm.com | 5 Palo Alto Square |
| timothy.hadachek@lathropgpm.com | Palo Alto, CA 94306 |
| | Telephone: (650) 632-4700 |
| *Attorneys for Plaintiff* | Email: lbarnhart@cov.com |

Robert N. Hunziker (admitted *pro hac vice*)
Simeon Botwinick (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5720
Email: rhunziker@cov.com;
sbotwinick@cov.com

Russell S. Jones, Jr. (Bar No. 30814)
Phillip Zeeck (Bar No. 65298)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64113
Telephone: (816) 753-1000
Email: rjones@polsinelli.com;
pzeeck@polsinelli.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2022, Plaintiff New Prime, Inc. filed the foregoing Joint Stipulation of Dismissal with the Clerk of Court with service upon counsel of record for Defendants Amazon Technologies, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc. via the CM/ECF filing system.

                                     */s/ Travis W. McCallon*
                                     *Attorney for Plaintiff*

3

Case 6:19-cv-03236-MDH   Document 299   Filed 04/29/22   Page 3 of 3