IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NEW PRIME, INC., d/b/a PRIME, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> AMAZON LOGISTICS, INC., ) <br> AMAZON.COM SERVICES LLC, and ) <br> AMAZON TECHNOLOGIES, INC., ) <br> ) <br> **Defendants.** ) | Case No. 6:19-cv-03236-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 299) wherein Plaintiff New Prime, Inc. and Defendants Amazon Logistics, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc., agree and stipulate that this case has been settled and resolved to the parties' satisfaction. Pursuant to Fed.R.Civ.P. 41(a)(1)(A_(ii) and the terms of their settlement agreement, the parties stipulate and agree that the above-captioned case be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, in light of the settlement agreement reached between the parties.

WHEREFORE, the Court **GRANTS** the parties' Joint Stipulation of Dismissal (Doc. 299), and hereby dismisses this case in its entirety with prejudice, with each party paying its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: May 2, 2022

                                                                             */s/ Douglas Harpool*
                                                                             **DOUGLAS HARPOOL**
                                                                             **UNITED STATES DISTRICT JUDGE**